# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIT F. AUGBORNE, III, | Case No. 2:18-cv-02379-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN BYRNS, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Time to Serve Summons for Defendant Rowley re ECF No. 18 Notice re 4m Dismissal (ECF No. 19), filed on September 29, 2020. Plaintiff seeks additional time to execute service on Defendant Rowley due to difficulties obtaining the resources to do so while incarcerated. He does not specify how long he needs to complete service. However, in the interest of justice and deciding this case on the merits, the Court will grant him an extension of 60 days to complete service on Defendant Rowley.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend Time to Serve Summons for Defendant Rowley re ECF No. 18 Notice re 4m Dismissal (ECF No. 19) is **granted** for 60 days.

DATED: October 5, 2020

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE