UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIT F. AUGBORNE, III,<br><br>        Plaintiff,<br>vs.<br><br>WARDEN BYRNS, *et al.*,<br><br>        Defendants. | Case No.: 2:18-cv-02379-GMN-DJA<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff Brit F. Augborne, III, has failed to show good cause as to why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant Correctional Officer Rowley, pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendant Correctional Officer Rowley.

**DATED** this  3  day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court